# Court of Appeals
# of the State of Georgia

ATLANTA, June 20, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0497. SEAN HOLLAND v. MARK BUTLER, LABOR COMMISSIONER et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

Under OCGA § 5-6-35 (f), this Court is required to issue an order granting or denying an application within 30 days of the date on which the application was filed. Consequently, Appellant's motion for an extension of time in which to file an additional brief is also hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/20/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*